IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRUCE GUSTAFSON,       )<br>                                                )<br>                         Plaintiff,   )<br>                                                )<br>   vs.                                       )<br>                                                )<br>STATE FARM MUTUAL AUTOMOBILE  )<br>INSURANCE COMPANY,               )<br>                                                )<br>                         Defendant. )<br>_____) | No. 4:24-cv-0003-HRH |

<u>FINAL JUDGMENT</u>

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, having offered judgment to be entered in favor of BRUCE GUSTAFSON, and having filed its notice[1] of filing proposed form of judgment which plaintiff accepted November 1, 2024,[2] and there being no just reason for delay of entry of final judgment, final judgment is hereby expressly directed as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that final judgment against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is hereby granted, and plaintiff BRUCE GUSTAFSON shall recover from and have judgment against defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the total amount of One Thousand and No/100 Dollars ($1,000.00).

---

[1] Docket No. 26.

[2] <u>Id.</u> at 1.

FINAL JUDGMENT                                                                                                      - 1 -

Post-judgment interest rate:    4.28   .

DATED at Anchorage, Alaska, this  7th  day of November, 2024.

/s/  H. Russel Holland
United States District Judge

FINAL JUDGMENT                                                                                         - 2 -